_____

No: 15-1774
_____

United States of America

Petitioner - Appellee

v.

John K. Thornton

Respondent - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-mc-00087-SRN)
_____

**JUDGMENT**

Before SMITH, COLLOTON and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 06, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans