# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1774

United States of America

Appellee

v.

John K. Thornton

Appellant

___

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-mc-00087-SRN)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

January 11, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
    /s/ Michael E. Gans