# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1774

United States of America

Appellee

v.

John K. Thornton

Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-mc-00087-SRN)

_____

**MANDATE**

In accordance with the opinion and judgment of 11/06/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 19, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit